JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
TENNELL BILLUPS,              ) NO. CV 16-3586-PA(E)
                              )
          Petitioner,         )
                              )
     v.                       )           JUDGMENT
                              )
JOSIE GASTELLO, Warden,       )
                              )
                              )
          Respondent.         )
                              )
_____)
```

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: December 17, 2016.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE